**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>DANNY GLENN DENNISON<br><br>Debtor | Chapter 13<br><br>Case No. 11-16996-BFK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed September 27, 2011. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1322(a) -** Plan fails to provide for the IRS priority debt of $13,046.56.

**Violation of 11 U.S.C. §1325(b)(1)(B) -** Disposable Income -
-Schedule I and J show $453 per month for payment on second trust arrearages, which has to be paid through the Plan.
-Schedule J does not have a detailed business expense statement refered to at line 17.

**Violation of 11 U.S.C. §1325(a)(6) -** Plan is underfunded as set forth below:

| **PERFORMANCE** | Amount of Plan Payment | $500.00x18<br>then<br>$950.00x42 | |
|---|---|---|---|
| | Number of Months | 60 | |
| | **Total Receipts** | | 48,900.00 |
| | **Disbursements Required** | | |
| | Trustee | 4,880.79 | 10.00% |
| | Attorney | 1,125.00 | |
| | Tax/Priority | 13,046.56 | |
| | Secured | 27,162.80 | |
| | Unsecured | 7,473.52 | 62,279.33x12% |
| | Other | | |
| | **Total Disbursements** | | 53,688.67 |

**Notice of Objection To Confirmation**
Danny Glenn Dennison, Case # 11-16996-BFK

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to the persons listed below.
>
> *Attend the hearing to be held on November 30, 2011 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.
>
> A copy of any written response must be mailed to the following persons:
>
> > Thomas P. Gorman
> > 300 North Washington Street, Ste, 400
> > Alexandria, VA 22314
> >
> > Clerk of the Court
> > United States Bankruptcy Court
> > 200 South Washington Street
> > Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _November 7, 2011_____        ___/s/ Thomas P. Gorman_____
                                                                                           Thomas P. Gorman
                                                                                           Chapter 13 Trustee
                                                                                           300 N. Washington  Street, #400
                                                                                           Alexandria, VA 22314
                                                                                           (703) 836-2226
                                                                                           VSB 26421

**Notice of Objection To Confirmation**
Danny Glenn Dennison, Case # 11-16996-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of November, 2011, or served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Danny Glenn Dennison | Martin C. Conway |
| Chapter 13 Debtor | Attorney for Debtor |
| 4001 Buckingham Court | Pesner Kawamoto Conway |
| Dumfries, VA 22025 | 7926 Jones Branch Drive, Ste. 930 |
| | Mclean, VA 22102-3303 |

　　　　　　　　　　　　　　　　　　　　__/s/ Thomas P. Gorman_____
　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman